UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02516-WYD-PAC

PRISON LEGAL NEWS, a Washington non-profit organization,

    Plaintiff,

v.

ROBERT A. HOOD, in his individual capacity, and
MICHAEL V. PUGH, in his individual capacity,

    Defendants.

---

## STIPULATION FOR VOLUNTARY DISMISSAL

---

Plaintiff Prison Legal News and defendants Robert A. Hood and Michael V. Pugh stipulate pursuant to F. R. Civ. P. 41(a)(1) to dismissal of this action, with each party to bear their own costs and fees.

Dated this 17th day of November, 2005.

                                  s/ Michael W. Gendler
                                  *Michael W. Gendler*
                                  WSBA No. 8429
                                  Gendler & Mann, LLP
                                  1424 Fourth Avenue, Suite 1015
                                  Seattle, WA 98101
                                  Telephone: (206) 621-8868
                                  Fax: (206) 621-0512
                                  E-mail: gendler@gendlermann.com
                                  Attorney for Plaintiff

s/ William Trine
**William Trine**
CSBA No. 577
Trine & Metcalf, P.C.
1435 Arapahoe Avenue
Boulder, CO 80302
Telephone: (303) 442-0173
Fax: (303) 443-7677
E-mail: btrine@trine-metcalf.com
Attorney for Plaintiff


s/ William G. Pharo
**William G. Pharo**
Assistant United States Attorney
1225 Seventeenth St., Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0400
Attorney for Defendants