IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   03-cv-2516-WYD-PAC

PRISON LEGAL NEWS, a Washington non-profit organization,

    Plaintiff(s),

v.

ROBERT A. HOOD, in his official and individual capacity; AND
MICHAEL V. PUGH, in his official and individual capacity,

    Defendant(s).

_____

## ORDER OF DISMISSAL
_____

THIS MATTER is before the Court on the parties' Stipulation for Voluntary Dismissal, filed November 17, 2005 ("Stipulation").  After review of the Stipulation and the file, the Court concludes that the case should be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).  Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to pay their own costs and attorneys' fees.

Dated:  November 17, 2005

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge